October 30, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

DEVON ENERGY PRODUCTION COMPANY, L.P., Appellant

NO. 14-13-00348-CV                               V.

KCS RESOURCES, LLC, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, KCS Resources, LLC, signed March 25, 2013, was heard on the transcript of the record. We have inspected the record and find the trial court erred in dismissing for lack of subject matter jurisdiction appellee KCS Resources, LLC's claim for attorney's fees under the Uniform Declaratory Judgments Act. We therefore order that portion of the judgment **REVERSED** and severed and **REMANDED** for proceedings in accordance with this court's opinion.

Further, we find no error in the remainder of the judgment and order it **AFFIRMED**.

We order appellant, Devon Energy Production Company, L.P., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.